**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gabriel GUEVARA, a.k.a. Guevara Gabriel, a.k.a. Guevara Grabiel, a.k.a. Grabriel Guevara, Defendant–Appellant.**

No. 13–50320.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2014.*

Filed Sept. 4, 2014.

Jean-Claude Andre, Assistant U.S., Thomas Stout, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Gabriel Guevara, pro se.

Michael Tanaka, Deputy Federal Public Defender, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Gabriel Guevara appeals from the district court's judgment and challenges his guilty-plea conviction and 156-month sentence for possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d),

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

and felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Guevara's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Guevara the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Guevara has waived his right to appeal his conviction and 156–month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**